# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

National Union Fire Insurance Company of Pittsburgh, PA

V.

Southern Coal Corporation

APPLICATION FOR POST–JUDGMENT REMEDIES
CIVIL ACTION 2:18-mc-00048

**WHEREAS**, in a civil action in which judgment was recovered in the United States District Court for the Southern District of West Virginia, the Plaintiff hereby requests the following:

- [ ] Certification of Judgment for Registration in Another District
  *Attached:* Certification of Judgment will be prepared by the Clerk's Office.
  - [ ] *Fee ($11.00 per document certified/.50 per page copied)*

- [ ] Abstract of Judgment
  *Attached:*
  - [ ] *Abstract of Judgment*

- [x] Writ of Execution
  *Attached:*
  - [x] *Writ of Execution*
  - [x] *USM Process Receipt and Return*

- [ ] Abstract of Execution
  *Attached:*
  - [ ] *Abstract of Execution*
  - [ ] *Copy of previously issued Writ of Execution*

- [ ] Suggestion w/Summons on Suggestion
  *Attached:*
  - [ ] *Suggestion w/summons*
  - [ ] *Notice of Possibility of Exemptions*

- [ ] Suggestee Execution
  *Attached:*
  - [ ] *Affidavit for Suggestee Execution*
  - [ ] *Suggestee Execution*

- [ ] Temporary Release re: Suggestee Execution - Exemption
  *Attached:*
  - [ ] *Temporary Release re:Suggestee Execution - Exemption*

- [ ] Complete Release re: Suggestee Execution
  *Attached:*
  - [ ] *Complete Release re: Suggestee Execution*

☐ Writ of Possession
    *Attached:*
        ☐ *Writ of Possession*
        ☐ *USM Process Receipt and Return*
        ☐ *Copy of unexpired Writ of Execution*

☐ Writ of Assistance
    *Attached:*
        ☐ *Writ of Assistance*
        ☐ *USM Process Receipt and Return*

☐ Bill of Costs:
    *Attached:*
        ☐ *Bill of Costs*
        ☐ *Supporting Documentation*

**Date:** June 26, 2018

/s/ Richard F. Shearer
*Attorney*

Richard F. Shearer (WV Bar #9715)
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550