UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH, PA, and NEW HAMPSHIRE
INSURANCE COMPANY,

          Plaintiffs,

v.                                       **CIVIL ACTION NO. 2:18-mc-00048**

SOUTHERN COAL CORPORATION,

          Defendant.

## WRIT OF EXECUTION

      Pursuant to the judgment taken in this action of December 26, 2017 in the United States

District Court, Southern District of New York we command you that of the goods and chattles of

Southern Coal Corporation in your bailiwick, you cause to be made the following: (1) $559,286 in

unpaid principal, (2) $196,644.96 in pre-judgment interest; (3) post-judgment interest calculated

in accordance with 28 U.S.C. §1961 that shall continue until the judgment is fully paid; and (4)

$87,472.89 in attorneys' fees, expenses and costs, which the above named National Union Fire

Insurance Co. of Pittsburgh, PA recovered against the named Southern Coal Corporation and make

your return thereof on October 2, 2018.

      Dated: July 9, 2018

                           **RORY L. PERRY II, CLERK OF COURT**

                           **By** _____

                                **Deputy Clerk**

## RETURN ON WRIT OF EXECUTION
*(FOR COMPLETION BY THE UNITED STATES MARSHAL OR A DEPUTY UNITED STATES MARSHAL)*

**This writ was received and executed.**

**DATE RECEIVED:** _____     **DATE EXECUTED:** _____

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

_____

**JOHN D. FOSTER**
**UNITED STATES MARSHAL**


**BY:** _____
                **DEPUTY MARSHAL**