



**CHASE**
Court Orders and Levies
P.O. Box 183164
Columbus, OH 43218-3164
Phone: 1-866-578-7022

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON DIVISON
PO BOX 2546
CHARLESTON, WV 25329

**RE: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA v. SOUTHERN COAL CORPORATION
Case No.: 218MC00048, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON DIVISON**

JPMorgan Chase Bank, N.A. is in receipt of your Garnishment against the following debtor(s): SOUTHERN COAL CORPORATION

Memo: Account(s) Closed

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

JP Morgan Chase Bank N.A., having fully answered requests that Suggestion of Personal Property be dismissed and that it be granted its costs in responding to the Suggestion.

ANTONIO R VAZQUEZ
Doc Review Sr Specialist II
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

Date: 8/17/18

6940

JPMorgan Chase & Co.
PO Box 183164
Columbus, OH 43218-3164



UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIST
PO BOX 2546
CHARLESTON, WV 25329