# Exhibit B

| | |
|---|---|
| **From:** | Shearer, Rick (SHB) |
| **Sent:** | Tuesday, September 18, 2018 10:20 AM |
| **To:** | John Hussell |
| **Cc:** | Drew Ellis; Shearer, Rick (SHB) |
| **Subject:** | FW: fiilng for: 39415.251138 |
| **Attachments:** | Discovery Responses.pdf; Verification.pdf |

John,

I have tried contacting you multiples times over the past several weeks.

I would like to schedule a time to conduct a meet and confer with you concerning Southern Coal's discovery responses. I would also like to coordinate an agreeable time to conduct a debtor's examination, as opposed to unilaterally setting a date.

Please contact me at your earliest convenience to arrange a time to discuss.

Look forward to hearing from you.

Rick


**Rick Shearer | Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard, Kansas City, MO 64108
T: 816-559-4068 | F: 816-421-5547 | rshearer@shb.com



**From:** McCrary, Teresa (SHB)
**Sent:** Tuesday, June 26, 2018 8:35 AM
**To:** 16QueueDM
**Subject:** fiilng for: 39415.251138


**Teresa McCrary**
*Legal Administrative Assistant*
tmccrary@shb.com | x16549

**From:** John Hussell <john.hussell@wwdhe.com>
**Sent:** Monday, June 25, 2018 4:39 PM
**To:** Shearer, Rick (SHB) <RSHEARER@shb.com>
**Cc:** McCrary, Teresa (SHB) <TMCCRARY@shb.com>; Robeck, Mark <MRobeck@KelleyDrye.com>; Pava, Mindy <MPava@KelleyDrye.com>; Drew Ellis <drew.ellis@wwdhe.com>
**Subject:** National Union Fire Insurance Company of Pittsburgh, PA v. Southern Coal Corporation: Discovery Responses

Counsel:

1

Attached for your review are **DEFENDANT SOUTHERN COAL CORPORATION'S RESPONSES AND OBJECTIONS TO PLAINTIFF NATIONAL UNION FIRE INSURANCE COMPANY'S FIRST SET OF POST-JUDGMENT INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** (Discovery Responses) in the above-referenced civil action pending before the United States District Court for the Southern District of West Virginia. Should you have any questions regarding the attached Discovery Responses, please let me hear from you. Thank you.

John

*John F. Hussell, IV*



300 Summers Street, Suite 1230
P.O. Box 3971
Charleston, WV 25339
Office: (304) 345-9455
Facsimile: (304) 345-4607
john.hussell@wwdhe.com

2