# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston		**Case No.:** 2:18-mc-00048		**Type:** Status Conference
**Caption:** National Union v. Southern Coal Corp. **Judge:** Judge Tinsley

**Started:   6/12/2019 11:01:36 AM**
**Ends:       6/12/2019 11:19:57 AM**		**Length: 00:18:22**

    Judge Dwane L. Tinsley
    Courtroom Deputy: Dawna Goodson
    Defendant: Andrew Ellis for Southern Coal Corp
    Court Reporter: CourtSmart
    Plaintiff: Will Lorensen and Stuart McMillian

**11:01:44 AM**    STATUS CONFERENCE / SCHEDULING HEARING
**11:02:20 AM**    Case called and noted appearances of counsel