IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

National Union Fire Insurance Co.
of Pittsburgh, PA and
New Hampshire Insurance Company,

    Plaintiffs,

v.        Civil Action No. 2:18-mc-00048

Southern Coal Corporation,

    Defendant.

**SUMMONS FOR INTERROGATORY
IN AID OF EXECUTION**

**TO: Southern Coal Corporation Counsel of Record**

| | |
|---|---|
| Andrew L. Ellis<br>Wooton Wooton & Davis<br>P. O. Box 3971<br>Charleston, WV 25339-3971 | John D. Wooton, Jr.<br>The Wooton Law Firm<br>P. O. Box 2600<br>Beckley, WV 25802-2600 |

John F. Hussell, IV
Wooton Wooton & Davis
P. O. Box 3971
Charleston, WV 25339-3971

IN THE NAME OF THE STATE OF WEST VIRGINIA,

Proper application for this Summons having been made, we command that you Summon **Southern Coal Corporation** to appear before the Honorable Dwane L. Tinsley, United States Magistrate Judge, appointed as Commissioner in this matter, to the Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Room 5400, Charleston, West Virginia 25301, on **August 2, 2019, at 11:00 a.m.** to answer under oath such questions as shall be propounded at such time and place by counsel for National Union Fire Insurance Co. of Pittsburgh, PA, or by the Magistrate Judge acting

1

as Special Commissioner, to aid in enforcement of the money judgment or to respond concerning property or debt upon which a certain Judgement obtained by Plaintiffs against Southern Coal Corporation was entered by the United States District Court for the Southern District of New York on December 26, 2017, for (1) $559,286 in unpaid principal; (2) $196,644.96 in prejudgment interest; (3) post-judgment interest calculated in accordance with 28 U.S.C. § 1961 that shall continue until the Judgment is fully paid; and (4) $87,472.89 in attorneys' fees, expenses, and costs.

Date: June 25, 2019

RORY L. PERRY II, CLERK

By: _____
Deputy Clerk
