IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,**

    **Plaintiff,**

v.                              Civil Action No. 2:18-mc-00048

**SOUTHERN COAL CORPORATION,**

    **Defendant.**

## ORDER

On August 2, 2019, a debtor's examination was held before the undersigned. Appearing as counsel for plaintiff was Richard F. Shearer and William M. Lorenson and appearing as counsel for defendant was Andrew L. Ellis. Also in appearance was Steven Ball, Vice President and General Counsel for Southern Coal Corporation.

After hearing the testimony of Mr. Ball, the debtor's examination was concluded.

The Court ordered the parties to engage in negotiations in an attempt to resolve this matter and to file a status report with the Court within thirty (30) days of the debtor's examination.

The Clerk of the Court is directed to transmit a copy of this Order to counsel of record.

Enter:  August 2, 2019

                                                    Dwane L. Tinsley
                                                  United States Magistrate Judge