# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/2/2019                                                                       Case Number 2:18-mc-00048
Case Style: National Union Fire vs. Southern Coal Corporation
Type of hearing Debtor Examination
Before the honorable: 25BF-Tinsley
Court Reporter Kathy Swinhart                                              Courtroom Deputy
Attorney(s) for the Plaintiff or Government Richard F. Shearer & William L. Lorenson


Attorney(s) for the Defendant(s) Andrew L. Ellis


Law Clerk                                                                              Probation Officer

## Trial Time

Other Evidentiary hearing (Specify Type Debtor Examination


## Non-Trial Time



## Court Time

11:00 am   to 3:35 pm
Total Court Time: 4 Hours 35 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Steven Ball, Vice President and General Counsel for Southern Coal Corporation, appeared for the Debtor Examination.

At the conclusion of the examination, the parties were ordered to engage in negotiations in an attempt to resolve this matter and to file a status report with the Court within 30 days.