IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

    Plaintiff,

v.                                        Civil Action No. 2:18-mc-00048

SOUTHERN COAL CORPORATION,

    Defendant.

## JOINT STATUS REPORT

        Plaintiff National Union Fire Insurance Company of Pittsburgh, PA, by counsel, and Defendant Southern Coal Corporation, by counsel, respectfully submit this *Joint Status Report* pursuant to this Court's order dated August 2, 2019. The parties state as follows:

        1.      At the August 2, 2019 debtor's examination, the Court (1) recommended Plaintiff provide a list of documents requested at the hearing to Defendant and (2) ordered the parties to engage in negotiations in an attempt to resolve this matter. In a written Order, this Court ordered a filing of a status report within thirty (30) days of the examination.

        2.      The parties have conferred for settlement but failed to reach an agreement.

        3.      After conferring with counsel, Plaintiff anticipates extending a counter-demand shortly. At that time, Plaintiff will furnish Defendant with the additional discovery requests referenced at the debtor's examination.

        4.      Defendant has been informed of the forthcoming demand and document requests.

Prepared by:

/s/ William M. Lorensen
Stuart A. McMillan (WVSB 6352)
William M. Lorensen (WVSB 13223)
BOWLES RICE LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
Telephone: (304) 347-1752
Facsimile: (304) 347-1746
*Counsel for Plaintiff*

Reviewed and agreed to by:

/s/ Andrew L. Ellis
Andrew L. Ellis (WVSB 10618)
WOOTON DAVIS HUSSELL ELLIS
300 Summers Street, Suite 1230
Charleston, West Virginia 25301
Telephone: (304) 345-4611
Facsimile: (304) 345-4607
*Counsel for Defendant*

11237973.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

    Plaintiff,

v.                                                           Civil Action No. 2:18-mc-00048

SOUTHERN COAL CORPORATION,

    Defendant.

## CERTIFICATE OF SERVICE

        I, William M. Lorensen, hereby certify that on this the 3rd day of September, 2019, I served a true copy of the foregoing *Joint Status Report* upon all parties of record via the Court's electronic filing system.

                                                                */s/ William M. Lorensen*
                                                                 William M. Lorensen