# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA,**

    **Plaintiff,**

v.                                        Civil Action No. 2:18-mc-00048

**SOUTHERN COAL CORPORATION,**

    **Defendant.**

## ORDER

The Court will hold a telephonic status conference regarding this matter on **Wednesday, October 9, 2019, at 11:00 a.m.** The call-in information for the call is as follows: (703) 724-3100, then dial 4002541# to be placed on hold pending the start of the call.

The Clerk of the Court is directed to transmit a copy of this Order to counsel of record.

Enter:  September 24, 2019

                                            Dwane L. Tinsley
                                            United States Magistrate Judge