# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA,**

    **Plaintiff,**

v.    Civil Action No. 2:18-mc-00048

**SOUTHERN COAL CORPORATION,**

    **Defendant.**

## ORDER

On October 9, 2019, the Court held a telephonic status conference regarding the above-captioned civil action. Appearing on behalf of the Plaintiff were Richard F. Shearer and William M. Lorensen; appearing on behalf of the Defendant were Andrew L. Ellis, Christopher D. Pence and Danielle Harlan.

The Court inquired as to the status of discovery and settlement negotiations. Counsel for Plaintiff stated that on September 19, 2019, a list of discovery items was sent to Defendant and discovery responses have not been received as of this date. Plaintiff's counsel also stated that two counter-offers had been made since the August 2, 2019, debtor's examination, the latest being on October 2, 2019, and no response has been received from defendant. Counsel for the Defendant acknowledged receipt of the discovery requests and counter-offers from Plaintiff.

It is hereby **ORDERED** that Defendant shall respond to Plaintiff's discovery requests and counter-offer of October 2, 2019, on or before **Thursday, October 31, 2019**.

It is further **ORDERED** that a telephonic status conference will be held on **Wednesday, November 13, 2019, at 11:00 a.m.** The call-in information for the call is as follows: (703) 724-3100, then dial 4002541# to be placed on hold pending the start of the call.

The Clerk of the Court is directed to transmit a copy of this Order to counsel of record.

Enter: October 9, 2019

_____
Dwane L. Tinsley
United States Magistrate Judge