IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA,**

        **Plaintiff,**        Civil Action No. 2:18-MC-00048

v.

     **Judgment originally entered in the United States District Court, Southern District of New York, Case No. 1:17-cv-01329-PAC**

**SOUTHERN COAL CORPORATION,**

        **Defendant.**

### DEFENDANT SOUTHERN COAL CORPORATION'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant, Southern Coal Corporation, pursuant to Rule 83.4 of the Southern District of West Virginia Local Rules of Civil Procedure, hereby advises the Court and Counsel that John F. Hussell, IV, John D. "Jody" Wooton, Jr., Andrew L. Ellis, and the law firm of Wooton, Davis, Hussell & Ellis, PLLC, will withdraw as counsel for the Defendants and that Christopher D. Pence of the law firm Hardy Pence, PLLC will substitute as counsel for the Defendants.

Pursuant to the provisions of Local Rule 83.4, Undersigned counsel further certify:

(1) the withdrawal and substitution will not delay the trial or other progress of the case; and

(2) the notice is filed and served at least 90 days before trial.

                                          **SOUTHERN COAL CORPORATION,**
                                          *By Counsel*

    /s/ John F. Hussell, IV
John F. Hussell, IV - WV Bar No.  6610

    /s/ John D. Wooton, Jr.
John D. (Jody) Wooton, Jr. – WV Bar No.  10571

    /s/ Andrew L. Ellis
Andrew L. Ellis – WV Bar No.  10618
**WOOTON, DAVIS, HUSSELL & ELLIS, PLLC**
P.O. Box 3971
Charleston, West Virginia 25339
(304) 345-0709
Fax:  (304) 345-4607
John.Hussell@wwdhe.com
Jody.Wooton@wwdhe.com
Drew.Ellis@wwdhe.com
*Counsel for Defendant*