# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston      **Case No.:** 2:18-mc-00048      **Type:** Status/Scheduling Conference
**Caption:** National Union Fire Insurance Co v. Southern Coal Corp      **Judge:** Judge Tinsley

**Started:** 10/9/2019 11:01:01 AM
**Ends:** 10/9/2019 11:19:18 AM      **Length:** 00:18:18

     Judge Dwane L. Tinsley
     Courtroom Deputy: Dawna Goodson
     Court Reporter: CourtSmart

**11:02:30 AM**      STATUS CONFERENCE / SCHEDULING HEARING
**11:02:46 AM**      Case called and noted appearances of counsel