# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:18-mc-00048  **Type:** Status Conference
**Caption:** National Union Fire Ins. Co. v. Southern Coal Corp.
**Judge:** Judge Tinsley

**Started:** 11/13/2019 11:00:56 AM
**Ends:** 11/13/2019 11:10:17 AM  **Length:** 00:09:22

| Time | Entry |
|---|---|
| 11:00:56 AM | Judge Dwane L. Tinsley |
| 11:00:57 AM | Courtroom Deputy: Dawna Goodson |
| 11:00:58 AM | Defendant: Christopher Pence via telephone |
| 11:01:02 AM | Plaintiff: Richard Shearer and Stuart McMillian via telephone |
| 11:01:03 AM | STATUS CONFERENCE |
| 11:01:07 AM | Case called and noted appearances of counsel |
| 11:02:09 AM | We are here today for a status conference and to discuss any pending motions or housekeeping matters before the Court. |
| 11:09:54 AM | Anything else counsel wishes to address? |
| 11:10:09 AM | Hearing Adjourned |