IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA,**

    **Plaintiff,**

v.                                              Civil Action No. 2:18-mc-00048

**SOUTHERN COAL CORPORATION,**

    **Defendant.**

## ORDER

Before the Court is Plaintiff's Supplement to the Joint Status Report and Request for Telephonic Hearing (ECF No. 51).

In the supplement, Plaintiff's indicate that Defendant will not agree to make Jillean L. Justice available for deposition. Ms. Justice, as well as James C. Justice, III, is a current shareholder and member of the Board of Directors for Southern Coal.

It is hereby **ORDERED** that the Defendant make Jillean L. Justice available for deposition on one of the available dates provided by Plaintiff's counsel. It is further **ORDERED** that the deposition shall take place at a date, time and location agreeable to all parties.

Additionally, Plaintiff's request for a telephonic hearing on this matter is **DENIED**.

The Clerk of the Court is directed to transmit a copy of this Order to counsel of record.

Enter: December 9, 2019

_____
Dwane L. Tinsley
United States Magistrate Judge