**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,**

     **Plaintiff,**

**v.**                                  **Civil Action No. 2:18-mc-00048**

**SOUTHERN COAL CORPORATION,**

     **Defendant.**

### <u>ORDER</u>

The Court will hold a telephonic status conference regarding this matter on **Thursday, February 27, 2020, at 11:00 a.m.** The call-in information for the call is as follows: (703) 724-3100, then dial 4002541# to be placed on hold pending the start of the call.

The Clerk of the Court is directed to transmit a copy of this Order to counsel of record.

Enter:  February 11, 2020

_____
Dwane L. Tinsley
United States Magistrate Judge