## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff <br><br> v. <br><br> SOUTHERN COAL CORPORATION, <br><br> Defendant. | Civil Action No. 2:18-mc-00048 <br><br> Hon. Joseph R. Goodwin <br> Magistrate Judge Dwane L. Tinsley <br><br> Judgment originally entered in the United States District Court, Southern District of New York, Case No. 1:17-cv-01329-PAC |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by counsel, files this Notice that the above action is hereby dismissed in its entirety with prejudice, and each party is responsible for its own costs, expenses, and attorneys' fees.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By:   /s/ *Richard F. Shearer*
      Richard F. Shearer (WV Bar #9715)
      2555 Grand Boulevard
      Kansas City, Missouri 64108-2613
      Telephone: (816) 474-6550
      Facsimile: (816) 421-5547
      Email: rshearer@shb.com

      *Counsel for Judgment Creditor*
      *National Union Fire Insurance*
      *Company of Pittsburgh, PA*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) | Civil Action No. 2:18-mc-00048 |
| Plaintiff | ) ) | Hon. Joseph R. Goodwin |
| v. | ) ) | Magistrate Judge Dwane L. Tinsley |
| SOUTHERN COAL CORPORATION, | ) ) | Judgment originally entered in the United States District Court, Southern District of |
| Defendant. | ) | New York, Case No. 1:17-cv-01329-PAC |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 11, 2020, the foregoing Notice of Voluntary Dismissal with Prejudice was served upon all parties of record using the Court's CM/ECF System.

> */s/ Richard F. Shearer*
> Richard F. Shearer
> (WVSB No. 9715)