IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA,**

    **Plaintiff,**

v.                                    Civil Action No. 2:18-mc-00048

**SOUTHERN COAL CORPORATION,**

    **Defendant.**

## ORDER

On February 11, 2020, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice (ECF No. 54).

Accordingly, it is **ORDERED** that the telephonic status conference scheduled for Thursday, February 27, 2020, at 11:00 a.m. is **canceled**.

The Clerk of the Court is directed to transmit a copy of this Order to counsel of record.

Enter: February 12, 2020

Dwane L. Tinsley
United States Magistrate Judge