APPROVED and SO ORDERED.
ENTER: 02/12/2020

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) | Civil Action No. 2:18-mc-00048 |
| Plaintiff | ) ) | Hon. Joseph R. Goodwin<br>Magistrate Judge Dwane L. Tinsley |
| v. | ) ) ) | Judgment originally entered in the United States District Court, Southern District of New York, Case No. 1:17-cv-01329-PAC |
| SOUTHERN COAL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by counsel, files this Notice that the above action is hereby dismissed in its entirety with prejudice, and each party is responsible for its own costs, expenses, and attorneys' fees.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Richard F. Shearer*
Richard F. Shearer (WV Bar #9715)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: rshearer@shb.com

*Counsel for Judgment Creditor*
*National Union Fire Insurance*
*Company of Pittsburgh, PA*

1

4829-9775-6083 v1